UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDY M. WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5213** |
| **JIMMY POLEMAND (JAMES POHLMANN) - SHERIFF, ET AL.** | **SECTION "J" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Randy M. White's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 3rd day of May, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE